IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:10-CR-8-FL-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM WHEELER MATHEWS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on unopposed motion to modify start date of defendant Mathews' sentence. The court, being duly advised, hereby GRANTS the motion and ORDERS that the sentencing order for defendant Mathews is hereby modified to provide that the sentence and home detention program shall not commence until after March 10, 2013.

SO ORDERED, this the 22nd day of February, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge