# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. William Wheeler Mathews, Jr.                     Docket No. 2:10-CR-8-2FL

### Petition for Action on Probation

COMES NOW Julie Wise Rosa, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Wheeler Mathews, Jr., who, upon an earlier plea of guilty to Failure to Maintain Records, in violation of 18 U.S.C. §§ 922(m), 923(g)(1)(A), and 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 21, 2013, to a 36 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall provide the probation office with access to any requested financial information.

2. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

3. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 120 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Mathews resides in Chesapeake, Virginia, and was immediately transferred to the Eastern District of Virginia. As the defendant has paid all financial obligations to the Court, the probation office for the Eastern District of Virginia respectfully requests that the conditions of supervision relating to financial matters be removed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified by removing the following two conditions:

1. The defendant shall provide the probation office with access to any requested financial information.

William Wheeler Mathews
Docket No. 2:10-CR-8-2FL
Petition For Action
Page 2

2. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Additionally, inasmuch as the defendant has a permanent residence in the Eastern District of Virginia, the probation office for that district has requested that jurisdiction in this matter be transferred. If you concur, a Probation Form 22 is enclosed for your signature. We ask that you return the signed copy to our office for further processing.

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Julie Wise Rosa
Julie Wise Rosa
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: March 12, 2013

## ORDER OF COURT

Considered and ordered this 13th day of March, 2013, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge